# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CANDACE BERRIAN**,<br><br>*Plaintiff,*<br><br>v.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.**,<br><br>*Defendant.* | **Case No. 2:22-cv-02084-JDW** |

## ORDER

**AND NOW**, this 16th day of December, 2022, upon review of Defendant Midland Credit Management, Inc.'s Motion To Dismiss (ECF No. 13), which the Court converted to a Motion For Summary Judgment pursuant to Fed. R. Civ. P. 12(d), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** and summary judgment is **ENTERED** in favor of Defendant Midland Credit Management, Inc. and against Plaintiff Candace Berrian on all of Ms. Berrian's claims. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.